PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Darin Dudash**                                   Docket No. **09-301-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Darin Dudash**, who was placed under pretrial release supervision by the **Honorable Claire C. Cecchi** sitting in the Court at Newark, New Jersey, on October 3, 2008, under the following conditions:

1. $100,000 unsecured appearance bond;
2. Surrender of passport/not to apply for another;
3. Travel is restricted to New Jersey unless approved by Pretrial Services;
4. Drug testing/treatment as deemed appropriate by Pretrial Services; and
5. Internet restrictions which may include manual inspection and/or the installation of computer monitoring software as deemed appropriate by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **mental health treatment as directed by Pretrial Services be added as a condition of release.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case. | Executed on 10/28/09 |
| _____ Honorable William H. Walls U.S. District Judge | _____ Wendy H. Lonsdorf U.S. Pretrial Services Officer |